IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PHYLLIS R., | § |
| Plaintiff, | § |
| v. | § No. 3:18-CV-0478-D |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration, | § |
| Defendant. | § |

## **ORDER**

The court has under consideration the March 8, 2019 findings, conclusions, and recommendation of the United States Magistrate Judge. No objections have been filed. The court has reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court adopts the findings, conclusions and recommendation of the United States Magistrate Judge. Accordingly, the Commissioner's decision is affirmed.

**SO ORDERED**.

March 26, 2019.

SIDNEY A. FITZWATER
SENIOR JUDGE